UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KUM NAM LEE,

                    Petitioner,

          -against-

PROLAND MANAGEMENT,

                    Respondent.

22-CV-5763 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

On July 6, 2022, the Court received this *pro se* action, purportedly brought by Kum Nam Lee. Court records show that this action was actually filed by Young Yil Jo ("Jo"). *See, e.g.*, *Lee v. Proland Mgmt.*, ECF 1:22-CV-2802, 2 (S.D.N.Y. Apr. 7, 2022). On January 18, 2015, the court barred Jo from filing any document in this court in the name of another person, *In re Young Yil Jo*, ECF 1:14-CV-7793, 2 (S.D.N.Y. Jan. 8, 2015), and on May 6, 2015, the court barred Jo from filing any new civil action or proceeding in this court without first obtaining leave of the court, *In re Young Yil Jo*, ECF 1:14-CV-7793, 3 (S.D.N.Y. May 6, 2015).

Because the Court finds that this action was filed by Jo, the Court dismisses this action without prejudice to any civil action that Kum Nam Lee may wish to bring in the future.

The Court advises Jo that the filing injunctions issued in *In re Young Yil Jo*, 1:14-CV-7793 (S.D.N.Y.), remain in effect. Jo is enjoined from filing any new civil action or proceeding in this court without first obtaining leave of the court. Jo also remains barred from filing any document in this court in the name of another person.

The Court will continue to dismiss any civil action or proceeding filed by Jo in the name of another person without prejudice to any civil action that that person may wish to bring in the

future. Should Jo persist in filing civil actions in this court in the name of other persons, the

Court may impose additional restrictions and sanctions on him. *See* 28 U.S.C. § 1651.

**CONCLUSION**

The Court dismisses this action without prejudice to any civil action that Kum Nam Lee

may wish to bring in the future.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would

not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to mail a copy of this order to Kum Nam Lee at the

address listed on the court's docket, and to Young Yil Jo, at 129 N. Marguerita # A, Alhambra

CA 91801, his address as noted on the complaint in this action, and note service on the docket.

SO ORDERED.

Dated:   July 8, 2022
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge