UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KUM NAM LEE,

                Petitioner,

     -against-

PROLAND MANAGEMENT,

                Respondent.

22-CV-5763 (LTS)

CIVIL JUDGMENT

     Pursuant to the order issued June 8, 2022, dismissing this action,

     IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice to any civil action that Kum Nam Lee may wish to bring in the future.

     The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

     IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Kum Nam Lee at the address listed on the court's docket, and to Young Yil Jo, at 129 N. Marguerita # A, Alhambra CA 91801, his address as noted on the complaint in this action, and note service on the docket.

SO ORDERED.

Dated:   July 8, 2022
          New York, New York

                                    /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                  Chief United States District Judge